### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHAEL J. HOYT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **No. 23-2133-KHV** |
| **BOURBON COUNTY, KANSAS,** ) | |
| **and the following individually and in their** ) | |
| **official capacity: COUNTY COMMISSIONERS** ) | |
| **(current and formerly Seated 2/19),** ) | |
| **KENDELL MASON (former County Clerk),** ) | |
| **DAVE BRUNER (former EMS Director), and** ) | |
| **JUSTIN MEEKS (current County Counselor),** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### MEMORANDUM AND ORDER AND ORDER TO SHOW CAUSE

On February 21, 2023, in the District Court of Bourbon County, Kansas, plaintiff filed suit against Bourbon County, Kansas, current and former County Commissioners, and various current and former County officials, alleging violations of his rights under the First Amendment of the U.S. Constitution and state law.  See 42 U.S.C. § 1983; 28 U.S.C. § 1343.  On March 24, 2023, the County removed the case to this Court.

Plaintiff alleges that after citizens filed a protest petition which objected to using general obligation bonds for the City of Fort Scott, Kansas to purchase two fire trucks, defendants violated the First Amendment rights of plaintiff and other citizens by failing to hold an election related to the bond issue.  Plaintiff has not alleged that he signed the protest petition or that the City actually issued general obligation bonds to buy the fire trucks.

This matter is before the Court on Defendant's Motion To Dismiss (Doc. #6), which the County filed March 31, 2023.  Plaintiff did not respond to the County's motion to dismiss.  If

plaintiff fails to timely respond to a motion to dismiss, the Court will consider and decide the motion as uncontested and ordinarily grant it without further notice.  See D. Kan. R. 7.1(c).  For this reason and for substantially the reasons stated in the Memorandum In Support Of Defendants' Motion To Dismiss (Doc. #7) filed March 31, 2023, the Court sustains defendant's motion.  The Court dismisses plaintiff's complaint against Bourbon County, Kansas for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

On or before June 16, 2023, plaintiff shall show good cause in writing why his claims against the current and former County Commissioners, Kendell Mason, Dave Bruner and Justin Meeks should not be dismissed for failure to state a claim on which relief can be granted.

**IT IS THEREFORE ORDERED** that Defendant's Motion To Dismiss (Doc. #6) filed March 31, 2023 is **SUSTAINED**.  **The Court dismisses plaintiff's claims against Bourbon County, Kansas for failure to state a claim on which relief can be granted.**

**IT IS FURTHER ORDERED that on or before June 16, 2023, plaintiff shall show good cause in writing why his claims against the current and former County Commissioners, Kendell Mason, Dave Bruner and Justin Meeks should not be dismissed for failure to state a claim on which relief can be granted.**

Dated this 8th day of June, 2023 at Kansas City, Kansas.

> s/ Kathryn H. Vratil
> KATHRYN H. VRATIL
> United States District Judge